UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60450-CIV-COHN/SELTZER/PALERMO

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

      Plaintiff,

v.

ANGUS JACKSON, INC.,
MARTIN HAROLD BEDICK,
and MARTIN B. ROSENTHAL,

      Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following the Order on Plaintiff's Motion for Summary Judgment [DE 74] and Order Denying Defendant's Motion for Reconsideration [DE 79].  In accordance with those Orders, it is **ORDERED AND ADJUDGED** as follows:

**A.  Judgment**

1.  Judgment is hereby entered in favor of Plaintiff United States Commodity Futures Trading Commission (the "Commission") and against Defendants Angus Jackson, Inc., ("Angus Jackson") and Martin Harold Bedick ("Bedick") on the portion of Count I of the Commission's Complaint pertaining to the audits of Angus Jackson conducted by the National Futures Association ("NFA") in 2005 and 2008.

2.  Judgment is hereby entered in favor of Defendants Angus Jackson and Bedick and against the Commission on the portion of Count I of the Commission's Complaint pertaining to the audit of Angus Jackson conducted by the NFA in 2010.

**B.     Permanent Injunction**

3.     Angus Jackson and Bedick are hereby permanently enjoined from directly or indirectly violating Section 9(a)(4) of the Commodity Exchange Act (the "Act"), 7 U.S.C. § 13(a)(4) (Supp. IV 2011).

4.     Angus Jackson and Bedick are further permanently enjoined from directly or indirectly:

> a.     trading on or subject to the rules of any registered entity, as that term is defined in Section 1a of the Act, 7 U.S.C. § 1a (Supp. IV 2011);
>
> b.     entering into any transactions involving futures, options, commodity options (as that term is defined in Regulation 1.3(hh), 17 C.F.R. § 1.3(hh) (2012)), security futures products, swaps (as that term is defined in Section 1a(47) of the Act, 7 U.S.C. § 1a(47) (Supp. IV 2011), and as further defined by Commission regulation 1.3(xxx), 17 C.F.R. § 1.3(xxx) (2012)), and/or foreign currency ("forex contracts") (as described in Sections 2(c)(2)(B) and 2(c)(2)(C)(i) of the Act, 7 U.S.C. §§ 2(c)(2)(B) and 2(c)(2)(C)(i) (Supp. IV 2011)), for their own personal or proprietary account or for any account in which they have a direct or indirect interest;
>
> c.     having any futures, options, commodity options, security futures products, swaps, and/or forex contracts traded on their behalf;
>
> d.     controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any

account involving futures, options, commodity options, security

futures products, swaps, and/or forex contracts;

e.  soliciting, receiving, or accepting any funds from any person for the

purpose of purchasing or selling any futures, options, commodity

options, security futures products, swaps, and/or forex contracts;

f.  applying for registration or claiming exemption from registration

with the Commission in any capacity, and engaging in any activity

requiring such registration or exemption from registration with the

Commission, except as provided for in Regulation 4.14(a)(9), 17

C.F.R. § 4.14(a)(9) (2012); and

g.  acting as a principal (as that term is defined in Regulation 3.1(a),

17 C.F.R. §3.1(a) (2012)), agent, or any other officer or employee

of any person (as that term is defined in Section 1a of the Act, 7

U.S.C. § 1a (Supp. IV 2011)), registered, exempted from

registration, or required to be registered with the Commission,

except as provided for in Regulation 4.14(a)(9), 17 C.F.R. §

4.14(a)(9) (2012).

**C.     Disgorgement and Civil Monetary Penalty**

5.     Angus Jackson and Bedick shall, jointly and severally, pay disgorgement

in the amount of nine hundred fifty-five thousand dollars ($955,000) ("Disgorgement

Obligation"), plus (1) prejudgment interest on this amount, based on the Internal

Revenue Service underpayment rate as prescribed by 26 U.S.C. § 6621(a)(2) (2006),

accruing from January 1, 2002, the approximate date that Angus Jackson and Bedick

3

began receiving the commissions from Martin B. Rosenthal's trading, until the date of this Final Judgment, and (2) postjudgment interest on the combined amount of the Disgorgement Obligation and prejudgment interest, at the rate of 0.15% per annum from the date of this Final Judgment, for which let execution issue.

6.      Angus Jackson and Bedick shall pay their Disgorgement Obligation by electronic funds transfer, U.S. Postal money order, certified check, bank cashier's check, or bank money order.  If payment is to be made other than by electronic funds transfer, then the payment shall be made payable to the Commodity Futures Trading Commission and sent to the address below:

> Commodity Futures Trading Commission
> Division of Enforcement
> ATTN:  Accounts Receivables – AMZ 340
> E-Mail Box:  9-AMC-AMZ-AR-CFTC
> DOT/FAA/MMAC
> 6500 S. MacArthur Boulevard
> Oklahoma City, Oklahoma  73169
> Telephone:  (405) 954-5644

If payment by electronic funds transfer is chosen, Angus Jackson and/or Bedick shall contact Linda Zurhorst or her successor at the address above to receive payment instructions and shall fully comply with those instructions.  Angus Jackson and/or Bedick shall accompany payment of the Disgorgement Obligation with a cover letter that identifies Angus Jackson and/or Bedick and the name and docket number of this proceeding.  Angus Jackson and/or Bedick shall simultaneously transmit copies of the cover letter and the form of payment to the Chief Financial Officer, Commodity Trading Futures Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, DC 20581.

7.      Angus Jackson and Bedick shall, jointly and severally, pay a civil monetary penalty in the amount of one million nine hundred ten thousand dollars ($1,910,000) ("CMP Obligation"), plus postjudgment interest on that amount at the rate of 0.15% per annum from the date of this Final Judgment, for which let execution issue.

8.      Angus Jackson and Bedick shall pay their CMP Obligation by electronic funds transfer, U.S. Postal money order, certified check, bank cashier's check, or bank money order.  If payment is to be made other than by electronic funds transfer, then the payment shall be made payable to the Commodity Futures Trading Commission and sent to the address below:

> Commodity Futures Trading Commission
> Division of Enforcement
> ATTN:  Accounts Receivables – AMZ 340
> E-Mail Box:  9-AMC-AMZ-AR-CFTC
> DOT/FAA/MMAC
> 6500 S. MacArthur Boulevard
> Oklahoma City, Oklahoma  73169
> Telephone:  (405) 954-5644

If payment by electronic funds transfer is chosen, Angus Jackson and/or Bedick shall contact Linda Zurhorst or her successor at the address above to receive payment instructions and shall fully comply with those instructions.  Angus Jackson and/or Bedick shall accompany payment of the CMP Obligation with a cover letter that identifies Angus Jackson and/or Bedick and the name and docket number of this proceeding.  Angus Jackson and/or Bedick shall simultaneously transmit copies of the cover letter and the form of payment to the Chief Financial Officer, Commodity Trading Futures Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, DC 20581.

9.     Partial Satisfaction:  Any acceptance by the Commission of partial payment of Angus Jackson's and/or Bedick's Disgorgement Obligation or CMP Obligation shall not be deemed a waiver of their obligation to make further payments pursuant to this Judgment, or a waiver of the Commission's right to seek to compel payment of any remaining balance.

**D.     Miscellaneous Provisions**

10.     Notice:  All notices required to be given by any provision in this Judgment shall be sent by certified mail, return receipt requested, as follows:

Notice to the Commission:

David Meister, Director of Enforcement (or his successor)
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC  20009

Notice to Defendant Angus Jackson:

Angus Jackson, Inc.
2400 E. Commercial Boulevard
Suite 814
Fort Lauderdale, FL  33308

Notice to Defendant Bedick:

Martin H. Bedick
3498 Pine Haven Circle
Boca Raton, FL  33431

All notices to the Commission shall reference the name and docket number of this action.

11.     Change of Address/Phone:  Until such time as Angus Jackson and/or Bedick satisfy in full their Disgorgement Obligation and CMP Obligation as set forth in this Judgment, Angus Jackson and Bedick shall provide written notice to the

Commission by certified mail of any change to their telephone number and/or mailing address within ten (10) calendar days of the change.

12.     Invalidation:  If any provision of this Judgment or the application of any provision or circumstance is held invalid, then the remainder of this Judgment and the application of the provision to any other person or circumstance shall not be affected by the holding.

13.     Preclusive Effect:  The Court's findings of fact and conclusions of law reflected in this Judgment shall be given preclusive effect, without further proof, in the course of:  (a) any current or subsequent bankruptcy proceeding filed by, on behalf of, or against Angus Jackson and/or Bedick; (b) any proceeding pursuant to Section 8a of the Act, 7 U.S.C. § 12a (Supp. IV 2011), and/or Part 3 of the Regulations, 17 C.F.R. §§ 3.1 *et seq.* (2012); and/or (c) any proceeding to enforce the terms of this Judgment.

14.     Bankruptcy:  Angus Jackson and Bedick will provide immediate notice to this Court and the Commission of any bankruptcy proceeding filed by, on behalf of, or against either or both of them.

15.     Continuing Jurisdiction of the Court:  The Court shall retain jurisdiction of this action to ensure compliance with this Judgment and for all other purposes related to this action, including any motion by Angus Jackson and/or Bedick to modify or for relief from the terms of this Judgment.

In view of this Final Judgment, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of February, 2013.

_____
JAMES I. COHN
United States District Judge

7

Copies furnished to:

Counsel of record

Martin Harold Bedick
3498 Pine Haven Circle
Boca Raton, FL  33431